10-15-19

SM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

OCT 21 2019 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gregory Ritter
     plaintiff

vs

MCC New York, Warden
MCC New York, Health Director
Oklahoma transfer prison
     Health director
MCC Chicago, Warden
MCC Chicago Health director

Case # 19 CV 4836

Complaint under TITLE 28 section 1331

(1)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.     Plaintiff(s):

A.     Name: GREGORY RITTER

B.     List all aliases: NONE

C.     Prisoner identification number: 86440-054

D.     Place of present confinement: MCC CHICAGO

E.     Address: 71 W. VANBUREN; CHICAGO, IL 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.     Defendant: ATTACHED SHEET

       Title: _____

       Place of Employment: _____

B.     Defendant: _____

       Title: _____

       Place of Employment: _____

C.     Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Gregory A Ritter, Plaintiff

Case #  19 CV 4836


LIST OF DEFENDANTS


MCC New York, Warden of Record
150 Park Row
New York, New York, 10007-1779

MCC New York, Health Director
150 Park Row
New York, New York 10007-1779


Oklahoma Transfer Prison    Health Director
7500  MACARTHUR AVE
PO BOX 898802
OKLAHOMA City, OK   73189-8F52
MCC Chicago, Warden
71 W VanBuren
Chicago, IL 60605


MCC Chicago, Health Director
71 W VanBuren
Chicago, IL 60605

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ___NONE___

B. Approximate date of filing lawsuit: ___NONE___

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ___NONE___

D. List all defendants: ___NONE___

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___NONE___

F. Name of judge to whom case was assigned: ___NONE___

G. Basic claim made: ___NONE___

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___NONE___

I. Approximate date of disposition: ___NONE___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

(5)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV Statement of Claim

On or about December 29, 2019, While being detained in single unit housing, I was involved in a fire, at MCC Manhattan, NY. The light on the wall, having no switch for my access, began to arc (electrical sparks) and smoke. I reported it at once, and wass told "They all do that". Sometime sfter, perhaps the next day, I woke to a room of smoke. I could not see 6 feet to the door. I began to cough. (why I awoke) The loud people next door too me known as "Perez" yelled for help, for me. I would not have been able to be heard. Soon, 2 officiers came, opening the smaller access door on the cell door, to get my handcuffs on, but instead, I poke my face to the door and tried to breathe. As soon as I could breathe, I put my hands through and was handcuffed I was transferred to another cell, with a little wait, on the steps to catch my breathe. I asked for medical attention, as I waslking out of the cell, as I fell in weakness to my knees

I was brought to another cell, and locked in. I waited some time before a person came, and asked about me. I told him I had no meds, for my anxiety, and I was in a fire, and had vision problems. He, now assumed to the be doctor, told me to wash my eyes out with water. Certainly the existing condition of 'Anxiety Panic Attacks with Physical Features, of which I was diagnosed at a federal hearing in 2003 would     lewnd     merit, further, I had supplied the MCC New York with my meds, via the Marshall. I was sure of a trigger, and without any medication, it is a seizure of sorts, that is very disabilitating. I received no medical exam, or care. I spoke through the door. I was deprived of all my meds till January 3, 2018, a full 9 days since my arrest, while one of the meds, is an antiviral, and must not be skipped more than 5 days. Making my anxiety grow worse. In my profile, upon arrest, I made mention of all the doctors, and care that I had. After a few days, I was moved to a main floor, of general population. I then met the Nurse; Mr Stiles, that had checcked me in, and took control of the meds, I had brought with me, via the marshalls.

My eyes continued to weep, so many of the detainees, thoughtI was crying, and also told me they could smell the smoke on my person, though I had changed uniforms and showered. I continued to cough up black mucas, and after a few showers, It was out of my hair.

I was moved on January 9, 2018 to Oklahoma transfer prison, I had blurred vision, lack of hearing and still some mucas. I was given my meds, all of them. And then some eye drops, that contained sulphites, of which I recorded on the intake sheet. The sulphites made my eyes bulge and hurt. The officers thought I had pink eye. In response tothe bad drops, with sulphites, the male nurse gave me a gel, to put under my eyelid, and then close my eyes to wash it with the gel. It was also filled with sulphites. Before that, my eyes might have needed to be manually opened, by hand, in the morning. But after that dose of

IV: Claim, Continued

sulphites, of which I could not read the label! MY eyes bulged and stayed 1/2 shut at all times. I had showered and it seemed to be helping for a few hours, but then more fluid would drain from my eyes, and cause a great deal of solid material around my eyes. Nothing more was done.

I was transferred to Chicago MCC, as my destination. I made a sick call request, and was told by LP Nurse Muchinsky <spelling as I could not read> She decided, after my factual statement, That I simply had allergies. And gave nothing, I was able to get drops and the like on Commissary. I returned the next day, determined to get help. And I had the same nurse, who is less than helpful, but she did make me an eye doctor appointment. I was to see the eye doctor on March 28, 2018. He told me I had an infection in my eyes, and gave me steroids, that worked a little. He also told me to get RAW antibiobics on Monday, the day being friday. So I returned on monday sick call, to be abused my the medical staff, for coming too much, particulary Mr. King. I was put back on the elevator, and put back on the deck, do Mr. Walker (CO) could punish me by weashing the common sink and the floor, which I missed things, and he made great fun of that. Other detainees, who were aware of the situation, helped me.

I have been back to the eye doctor again, and given more steroids, and still my eyes are realy only good for 4-5 hours per day, and mostly blurred. My hearing has returned. The treatment after a fire in the cell controlled by the BOP, and others with the negligence and lack of conhcewrn has casued great paim, and put me in a situation of harm, as I could not see the steps, let alone an attacker. For this treatment, by summation of all locations, has violated my 8th amendment.

I have been victimized by Cruel and Unusual Punishment, allowing riducule and disability of sight to perpetrate my health and safety.

V. RELIEF REQUESTED

Compensentory damges to provide real eye care, to regain my sight before the accident. Liability compensation for aggrivated circumstances while being detained at the Bureau of Prisons, in New York, Oklahoma, and Chicago. Additional Exams, to allow for more than a single doctor, not on any payroll of the United States of America.



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.     Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ATTACHED

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ⟨11⟩ day of JULY, 20⟨19⟩

_____
(Signature of plaintiff or plaintiffs)

GREGORY RITTER
(Print name)

36440-054
(I.D. Number)   MCC - CHICAGO

71 W. VAN BUREN

CHICAGO, IL 60605
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EXTENUATING CIRCUMSTANCES AND OFFRESSIVE DELAYS HAVE CAUSED DELAYS TO FILE THIS, ENCLOSED COMPLAINT, WHICH WAS DISMISSED ON 10/10/19, AND NOW PRESENTED AS A NEW CASE, OR AMENDED CASE, WHICH EVER THE HONORABLE COURT DEEMS APPROPRIATE.

_____ GREGORY RITTER

PROOF OF SERVICE

I GREGORY RITTER HAS DEPOSITED WITH THE LEGAL LOW CLERK ON october 15, 2019. THE AMENDED OR CORRECTED COMPLAINT

19 CV 4836, with prepaid POSTAGE