FILED
1/13/2020
JH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

DEC 06 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREGORY A. RUTTER

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 1:19 CV 4836
(To be supplied by the Clerk of this Court)

RN MULHOLLIC (SP)
DR MOHAN
OFC. KING
OFC. WRIGHT
Lt NDALIA (SP)
WARDEN

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

X **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II ADDITIONAL DEFENDANTS

D. OFC WRIGHT
CORRECTION OFFICIER
MCC CHICAGO

E OFC NDALIA (SP?)
HEALTHCARE SUPERVISOR
MCC CHICAGO

F. WARDEN OF RECORD
WARDEN OF MCC
MCC CHICAGO

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: GREGORY RITTER

B. List all aliases:

C. Prisoner identification number: 86440 054

D. Place of present confinement: MCC CHICAGO

E. Address: 71 W. VANBUREN, CHICAGO, IL 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: RN MUHOLLIC

Title: REGISTERED NURSE

Place of Employment: N/A

B. Defendant: DR MOHAN

Title: DOCTOR

Place of Employment: MCC CHICAGO

C. Defendant: OFC KING

Title: HSS HEALTHCARE SUPERVISOR

Place of Employment: MCC CHICAGO

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: RITTER VS. BUTLER 19CV 6926

B. Approximate date of filing lawsuit: 10/21/19

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: GREGORY RITTER

D. List all defendants: CLARENCE BUTLER

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN ILLINOIS DISTRICT, CIRCUIT 7

F. Name of judge to whom case was assigned: JUDGE DURKIN

G. Basic claim made: INEFFECTIVE Counsel ADVERSARIAL COUNSEL

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~SP~~ ~~SP~~ S. PENDING

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

VII ADDITIONAL LAWSUITS

A NAME OF CASE RITTER VS, ZURECK
B DATE OF CASE 10/17/2019
C LIST ALL PLAINTIFFS GREGORY RITTER
D LIST ALL DEFENDANTS LT. ZUREK, WARDEN MCC
E COURT, NORTHERN ILLINOIS DISTRICT COURT
F. NAME OF JUDGE, JUDGE FEINERMAN
G. BASIC CLAIM, SEARCH AND SEIZURE OF LEGAL MATERIALS
H PENDING
I N/A.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV STATEMENT OF CLAIM.

I ARRIVED IN CHICAGO VIA OKLAHOMA TRANSFER FROM NEW YORK, MANHATTAN MCC WHERE I WAS IN A SMOKE/FIRE INCIDENT WHILE AT MCC MANHATTEN, I WAS BLINDED BY SMOKE. THIS CONDITION STILL EXISTED WHILE I WAS ARRIVING AT MCC CHICAGO.

I IMMEDIATELY WAS DIRECTED TO FILL OUT MEDICAL REPORTS AND HEALTH HISTORY DOCUMENTS, AT INTAKE. THE NEXT DAY I REPORTED TO SICK CALL AND MET RN MUHHOLIC (SP) WHO DECIDED I HAD ALLERGIES AND TREATED WITH ALLERGY MEDICATIONS, WHICH I HAD TO BUY. AFTER 3 DAYS AND STILL WITH ABOUT 30% VISION I MADE ANOTHER SICK CALL AND WAS CONFRONTED WITH VERBAL HUMILIATION BY RN MUHHOLIC. SHE THEN GAVE ME EYE DROPS WHICH HAD SULPHITES IN THEM, WHICH I COULD NOT READ, AND CAUSED GREAT ALLERGIC REACTION. I REPORTED THIS TO COUNSELOUR WRIGHT AND LT EWELL, WHOM FACILITATED THE APPOINTMENT WITH DOCTOR MONAN, WHO GAVE ME MORE EYE DROPS WITH SULFITES. I WROTE A CALL OUT TO ADVISE AND OK SENT DIFFERENT EYEDROPS

I THEN SAW THE OPTOMOTRIST, HE FOUND MY EYES TO BE SWELLED, INFECTED AND THE CORNIA SCRAPED. HE TREATED WITH STEROIDS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV. Statement of Claim:** – CONTINUED

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

WHICH RELIEVED SOME PAIN, HE ADVISED ME TO COME BACK ON MONDAY MORNING, HE WOULD HAVE DR. MOHAN SUPPLY ME WITH "RAW ANTIBIOTICS"

ON MONDAY I REPORTED TO SICK CALL, TO BE VERBALLY ASSAULTED BY OFC HSS KING (MEDICAL) ADVISING ME "WE DON'T DO THIS," AND TO RETURN TO THE UNIT". I WAS THEN MADE TO WASH THE SINK AND FLOOR AS PUNISHMENT BY OFC WRIGHT, WITH 30% VISION.

I HAVE BEEN BACK TO DR MOHAN BUT THE EYE DROPS DO NOTHING. I HAVE SEEN THE OPTOMETRIST A FEW TIMES WITH THE SAME RESULTS

THE CARE I RECEIVED IS INDIFFERENT TO NORMAL CARE, CAUSING CRUEL AND UNUSUAL PUNISHMENT. (8th AMENDMENT) THE DEFENDANTS WILL CERTAINLY ATTRIBUTE THEIR ACTIONS TO POLICY, OR COMMON PRACTICE. I WILL INCLUDE THE SUPERVISOR OF THE MCC HEALTH FACILITY AND THE WARDEN

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

COMPENSORY DAMAGES

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25 day of NOV , 2019

[signature]

(Signature of plaintiff or plaintiffs)

GREGORY RITTER
(Print name)

86440-054
(I.D. Number)

MCC CHICAGO
71 W. VAN BUREN
CHICAGO, IL 60605
(Address)

6 Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

GREGORY A. RITTER 86440-054
METROPOLITAN CORRECTION CENTER
71 W. VAN BUREN
CHICAGO, IL 60605

12/06/2019-26

UNITED STATES DISTRICT COURT
CLERK OF COURT
219 S. DEARBORN
CHICAGO, IL 60604

Legal MAIL

Legal MAIL

60604$1894 C005

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

A The enclosed letter was processed through special mailing procedures for forwarding t you. This letter has neither been opened nor inspected. If the writer raises a question c problem over which this facility has jurisdiction, you may wish to return the materiel fc further information or clarification. If the writer encloses correspondence for forwardin to another addressee, please return the enclosure to the above address.

Date: 12-03-2019

2019 DEC -6 AM 9:04